UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| STEVEN HIRSCH<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NPG OF TEXAS, L.P.<br><br>　　　　　　　Defendant. | **STIPULATION OF SETTLEMENT DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>Case No.: 3:19-cv-64-DB |

　　　　IT IS HEREBY STIPULATED by Plaintiff Steven Hirsch and Defendant NPG of Texas, L.P. that the case has been settled and that the above case should be dismissed with prejudice with each side to bear its own costs and attorney's fees.

| | |
|---|---|
| /s/Richard Liebowitz<br>Richard P. Liebowitz<br>Liebowitz Law Firm, PLLC<br>11 Sunrise Plaza, Suite 305<br>Valley Stream, NY 11580<br>Tel: (516) 233-1660<br>RL@LiebowitzLawFirm.com<br><br>Dated: July 23, 2019<br><br>*Attorneys for Plaintiff Steven Hirsch* | /s/Laura Prather<br>Laura Prather<br>Haynes Boone, LLP<br>600 Congress Avenue<br>Austin, Texas 78701<br>Tele: 512-867-8476<br>Laura.Prather@HaynesBoone.com<br><br><br><br>*Attorneys for Defendant NPG of Texas, L.P.* |